MARY WOOD PRATT, Appellant, v. GEORGE BURNS, Respondent.— Motion granted, unless, within thirty days, appellant perfects the appeal and files and serves the printed papers and pays ten dollars costs of this motion, and the motion costs awarded May 3, 1921, and August 2, 1921, thirty

dollars in all; and on compliance with the provisions of this order motion is denied, without costs; otherwise, the respondent may enter an order dismissing appeal without notice.